IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND EDWARD SCHACHT,<br><br>Defendant. | CR 17-65-BLG-SPW-TJC<br><br>**ORDER** |

On January 3rd, 2018, the Court entered an Order Setting Change of Plea Hearing (Doc. 41), which set the date for Defendant's change of plea hearing on January 8, 2017. The correct date is January 8, 2018. The Court's Order shall remain in effect in all other respects.

DATED this 4th day of January, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge